**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Tobaris Anibal PAUL, a/k/a Big Shot,
a/k/a Shot, Defendant–Appellant.**

**No. 01–7413.**

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Jan. 2, 2002.

Tobaris Anibal Paul, Appellant Pro Se. Janet S. Reincke, Office of the United States Attorney, Norfolk, Virginia, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Tobaris Anibal Paul seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Paul,* Nos. CR–97–9–4; CA–99–120–4 (E.D. Va. dated July 17, 2001, entered July 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*